# CASE CLOSED

CASE NUMBER:    <u>3:05-CV-1929-N</u>

DATE:           <u>1-12-06</u>

TRIAL HELD:     <u>  NO  </u>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-1929-N |
| | § | |
| SCOTT B. FRENKEL, | § | |
| | § | |
| Respondent. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 12 day of Jan, 2006.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE